■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCESS DEBBIE ALAVA, Appellant. [960 NYS2d 335]—Appeal from a judgment of the County Court of Schenectady County (Drago, J.), rendered November 16, 2010, convicting defendant upon her plea of guilty of the crimes of attempted assault in the first degree and attempted robbery in the first degree.

In full satisfaction of the charges contained in three indictments filed against her, defendant pleaded guilty to attempted assault in the first degree and attempted robbery in the first degree and waived her right to appeal. In accordance with the plea agreement, defendant was sentenced to an aggregate term of 8½ years in prison followed by 4½ years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Rose, J.P., Lahtinen, Stein and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.